1016

No. 84–468.  CITY OF CLEBURNE, TEXAS, ET AL. v. CLE-
BURNE LIVING CENTER, INC., ET AL.  C. A. 5th Cir.  Certiorari
granted.

No. 83–1961.  LANDRETH TIMBER CO. v. LANDRETH ET AL.
C. A. 9th Cir.  Certiorari granted and case set for oral argu-
ment in tandem with No. 84–165, *Gould* v. *Ruefenacht, infra.*

No. 84–48.  UNITED STATES v. BAGLEY.  C. A. 9th Cir.
Motion of respondent for leave to proceed *in forma pauperis* and
certiorari granted.

No. 84–165.  GOULD v. RUEFENACHT ET AL.  C. A. 3d Cir.
Certiorari granted and case set for oral argument in tandem
with No. 83–1961, *Landreth Timber Co.* v. *Landreth, supra.*

No. 84–438.  SUPERINTENDENT, MASSACHUSETTS CORREC-
TIONAL INSTITUTION AT WALPOLE v. HILL ET AL.  Sup. Jud. Ct.
Mass.  Motion of respondents for leave to proceed *in forma
pauperis* and certiorari granted.

No. 83–1908.  SHELBY COUNTY SHERIFF'S DEPARTMENT v.
RUIZ.  C. A. 6th Cir.  Certiorari denied.

No. 83–1974.  NORTH PLATTE BAPTIST CHURCH ET AL. v.
NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 83–6668.  DRAPER v. GUERRY, JUDGE, CIRCUIT COURT OF
THE CITY OF NORFOLK.  C. A. 4th Cir.  Certiorari denied.

No. 83–6715.  FRANK v. REED.  C. A. 4th Cir.  Certiorari
denied.

No. 83–6758.  MARCANO, AKA JERMOSEN v. KARABATSOS ET
AL.  C. A. 3d Cir.  Certiorari denied.

No. 83–6794.  DIAZ v. NEW MEXICO.  Sup. Ct. N. M.  Certio-
rari denied.